IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 11-09-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOLAINE LEE FLAMMOND, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Petition filed on March 13, 2017, Doc. 72, is **DISMISSED**.

DATED this 31st day of January, 2018.

_____
Brian Morris
United States District Court Judge